IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **WILLIAM BELL,** | ) | **CASE NO. 8:07CV267** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **TERRY BRYSON,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the plaintiff, William Bell's, Motion for Leave to Proceed in forma pauperis (IFP). (Filing No. 2.) Upon review of the plaintiff's financial affidavit, the plaintiff is provisionally granted leave to proceed IFP.

IT IS THEREFORE ORDERED THAT: The plaintiff's Motion for Leave to Proceed IFP (Filing No. 2) is provisionally granted.

DATED this 25th day of September, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge