IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **WILLIAM BELL,** | ) | **CASE NO. 8:07CV267** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **TERRY BRYSON,** | ) | |
| | ) | |
| Defendant. | ) | |

On September 25, 2007, the court entered an order on initial review which granted the plaintiff until October 26, 2007, to file an amended complaint. Filing No. 10. Specifically, the plaintiff's complaint is captioned as a lawsuit against Terry Bryson, while his EEOC charge, which is incorporated by reference and contains the factual allegations of plaintiff's complaint, identifies B & W Company as his past employer and the party who unlawfully retaliated against the plaintiff for engaging in EEO-protected activities.

The court granted the plaintiff leave "to file an amended complaint clarifying the identity of the named defendant or defendants." Filing No. 10, p. 3. The plaintiff has not filed an amended complaint.

IT IS ORDERED that:

1. The plaintiff is given until November 15, 2007 to show cause why this case should not be dismissed for want of prosecution; and

2. The Clerk of the court is directed to set a pro se case management deadline in this case using the following text: November 15, 2007–deadline to show cause why case should not be dismissed.

DATED this 30th day of October, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge