IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **WILLIAM BELL,** | ) | **CASE NO. 8:07CV267** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **TERRY BRYSON,** | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on its own motion. On September 25, 2007, the court entered an order on initial review which granted Plaintiff until October 26, 2007, to file an amended complaint. (Filing No. 10.) Plaintiff did not file an amended complaint. On October 30, 2007, Plaintiff was given until November 15, 2007, to show cause why this matter should not be dismissed for want of prosecution. (Filing No. 11.) Plaintiff did not file a response to the court's show cause order.

    IT IS THEREFORE ORDERED that:

1.    This matter is dismissed without prejudice because Plaintiff failed to prosecute this matter diligently and failed to comply with this court's orders; and

2.    A separate judgment will be entered in accordance with this memorandum and order.

DATED this 5th day of December, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge